ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 25 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NUMBER 06-603 C<br><br>JUDGE: |

DISCLOSURE STATEMENT

Plaintiff, Sensis Corporation ("Sensis Corp."), pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

William A. Shook by Victor G. Vogel

William A. Shook
Preston Gates & Ellis & Rouvelas Meeds LLP
1735 New York Avenue, N.W., Suite 500
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 331-1024

Victor G. Vogel

By: Victor G. Vogel
Preston Gates & Ellis & Rouvelas Meeds LLP
1735 New York Avenue, N.W., Suite 500
Washington, DC 20006
Tel: (202) 661-3822
Fax: (202) 331-1024

Date: August 25, 2006