**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SENSIS CORP., Plaintiff, v. UNITED STATES, Defendant, and, LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS — SYRACUSE Movant for Intervention. | ) | No. 06-603 C (Judge Hewitt) |

**LOCKHEED MARTIN'S MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the Court of Federal Claims ("RCFC"), Lockheed Martin Corporation, Maritime Systems and Sensors — Syracuse ("Lockheed Martin") respectfully requests that it be permitted to intervene in this bid protest.

In this bid protest, Sensis Corporation ("Sensis") challenges the award of an alleged modification to Contract Number M67854-05-D-2002 —an indefinite delivery/indefinite quantity ("ID/IQ") contract for the post-production support of the AN/TPS-59(V)3 lightweight, air-transportable, long-range, solid-state, L-band air surveillance radar system. Lockheed Martin is the current contractor on the AN/TPS-59(V)3 contract and the party responsible for performing the alleged contract modification that Sensis is protesting here. Sensis contends that

the U.S. Marine Corps improperly awarded the alleged contract modification on a sole-source basis, in violation of the Competition in Contracting Act ("CICA"), 10 U.S.C. § 2304. In fact, however, what Lockheed Martin received was not a contract modification, but rather, a delivery order under its ID/IQ contract with the U.S. Marine Corps. *See* Pl.'s Mem. of Law in Supp. of Mot. for Prelim. Inj., Att. 14 ("Lockheed Martin Corp., Maritime Systems and Sensors, Electronics Part, Syracuse, N.Y. 13221 is being awarded a $5,109,992 firm-fixed price delivery order for the AN/TPS-59(V)3 radar system data processing group and AN/UPX-37 upgrade.").

Lockheed Martin should be permitted to intervene in this action as a matter of right. RCFC 24(a) provides:

> Upon timely application anyone shall be permitted to intervene in an action . . . when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by the existing parties.

Lockheed Martin is clearly an "interested party" for purposes of that Rule, as well as under the applicable jurisdictional statute, 28 U.S.C. § 1491(b)(1). Generally, parties "whose direct economic interest would be affected by the award of the contract or by failure to award the contract" qualify as interested parties and are permitted to intervene in bid protests under RCFC 24. *Galen Medical Associates, Inc. v. United States*, 56 Fed. Cl. 104, 108 (2003) (quoting

*American Federation of Government Employees v. United States*, 258 F.3d 1294, 1299-1302 (Fed. Cir. 2001)). Not only does this Court regularly permit contract awardees to intervene in bid protest actions (*e.g.*, *CIGNA Government Services, LLC v. United States*, 70 Fed. Cl. 100, 109 (2006); *Four Points By Sheraton v. United States*, 66 Fed. Cl. 776, 777-78 (2005); *International Resource Recovery, Inc. v. United States*, 60 Fed. Cl. 1, 1 & n.2 (2004)), but Lockheed Martin's interest in the AN/TPS-59(V)3 contract fully justifies allowing intervention in this case.

Although the Government will presumably defend this bid protest in a zealous manner, Lockheed Martin is in the best position to describe to the Court the harm it will suffer in the event the Court were to find that the delivery order was awarded improperly. Moreover, Lockheed Martin's business interests as the awardee are not necessarily identical with, and may differ from, the United States' institutional interest in this matter.

For the reasons explained above, Lockheed Martin respectfully urges the Court to grant its motion to intervene in this bid protest.

Respectfully submitted,

/s/ Marcia G. Madsen

Marcia G. Madsen
David F. Dowd
William L. Olsen
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
Tel. (202) 263-3000
Fax (202) 263-3300
Protected Fax (202) 263-3752

Attorneys for LOCKHEED MARTIN CORPORATION, MARITIME SYSTEMS AND SENSORS — SYRACUSE

Date: August 31, 2006