# In the United States Court of Federal Claims

No. 06-603 C
(E-filed: August 31, 2006)

SENSIS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference with the parties held on August 31, 2006, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court on September 15, 2006 and the schedule for subsequent briefing.

Administrative Record

Defendant shall file with the court[1] and serve upon counsel for plaintiff and defendant-intervenor, if any, a continuous Bates-stamped AR of contract modification No. 34 (Modification) of Lockheed Martin Corporation's (Lockheed) contract number M67854-05-D-2002 (Contract) with the US Marine Corps. (Agency) for the redesign of processors in the Data Processing Group in the AN/TPS-59(V)3 radar system. The AR shall contain, without limitation, the following documents[2]:

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

[2]For purposes of this Order, the terms "document" and "communication" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

(1) any and all procurement planning documents to include any documents addressing acquisition strategy and any documents relating to any consideration by the Agency of competitive acquisition;

(2) the Contract, including, pursuant to the telephonic status conference with the parties on August 30, 2006, the original contract between Lockheed and the Agency regarding the redesign of processors in the Data Processing Group in the AN/TPS-59(V)3 radar system, and all modification thereto, understood to be modifications 1-34; and

(4) all documents generated, received, reviewed or otherwise employed in connection with the agency decision to make the Modification by the Agency or any other person, including documents concerning any communications between the Agency and Lockheed related to the Modification.

Briefing

Plaintiff shall file with the court and serve on defendant and defendant-intervenor, if any, its motion for judgment on the administrative record on or before October 2, 2006. Defendant and defendant-intervenor, if any, shall file with the court their respective responses to plaintiff's motion and cross-motions for judgment on the administrative record on or before October 20, 2006. Plaintiff shall file its responses to defendant's and defendant-intervenor's cross-motions and replies to defendant's and defendant-intervenor's responses to plaintiff's motion on or before October 27, 2006. Defendant and defendant-intervenor, if any, shall file their respective replies to plaintiff's responses on or before November 1, 2006.

The court will hear oral argument at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Friday, November 3, 2006 at 10:00 a.m. E.S.T.

Also further to the telephonic status conference, the court admits to the protective order Brian Smith and William Shook and, effective upon filing by Lockheed of its motion to proceed as defendant-intervenor in this matter, Marcia Madsen and Bucky Mansuy.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge