# In the United States Court of Federal Claims

No. 06-603 C
(E-filed: August 31, 2006)

SENSIS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS - SYRACUSE

Defendant-Intervenor.

ORDER

Before the court is Lockheed Martin Corporation Maritime Systems and Sensors - Syracuse's (Lockheed's) Motion to Intervene (Mot. or motion) brought pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims (RCFC), requesting that Lockheed be allowed to intervene in the above-captioned case. Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Lockheed shall file its cross-motion for judgment on the administrative record on or before October 20, 2006 and further briefing as provided in the court's Order of August 31, 2006.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge