IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS — SYRACUSE<br><br>Intervenor. | Case No. 06-603C<br>(Judge Hewitt) |

ADMINISTRATIVE RECORD

Pursuant to the Court's order of August 31, 2006, defendant submits herewith the administrative record. With the advice and assistance of the other parties to this case, the administrative record materials have been collected into one CD-ROM containing electronic folders and subfolders with pdf documents sequentially numbered, as well as an index to the administrative record. Due to the volume of the electronic information, it would be impractical to submit the administrative record directly into the Court's ECF system. For this reason, defendant respectfully requests that the Court accept the administrative record CD via delivery to the Clerk of the Court and the Court's chambers.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on September 15, 2006, I caused this document to be filed by the Court's ECF system and to be placed in the United States mail (first class mail, postage prepaid), to counsel of record as follows:

William A. Shook
Preston Gates Ellis
& Roulvelas Meeds LLP
1735 New York Avenue NW
Suite 500
Washington, D.C. 20006

Marcia G. Madsen
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

________________________________