# In the United States Court of Federal Claims

No. 06-603 C
(E-filed: September 18, 2006)

SENSIS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is a filing titled Administrative Record, which the court deems a motion to file the Administrative Record (AR) in CD-ROM format under seal (motion). A copy of the motion and the accompanying AR in CD-ROM format have been delivered to chambers. The court GRANTS the motion. The Clerk of the Court shall ACCEPT the filing under seal. Defendant shall deliver a paper copy of the Administrative Record to chambers in accordance with the court's order issued on August 31, 2006.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge