# In the United States Court of Federal Claims

No. 06-603 C
(E-filed: October 18, 2006)

SENSIS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS - SYRACUSE

Defendant-Intervenor.

ORDER

I am disqualified from acting in this proceeding pursuant to 28 U.S.C. § 455. The matter is returned to the Clerk of the Court for reassignment to another judge.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge