# United States Court of Federal Claims

**No. 06-603 C**
**October 20, 2006**

**Sensis Corporation,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant,***

**and,**

**Lockheed Martin Corporation Maritime Systems and Sensors-Syracuse,**

***Defendant-Intervenor*.**

## SCHEDULING ORDER

On October 18, 2006, this case was assigned to the below-signed judge. On October 20, 2006, the court conducted a telephone status conference with the parties to discuss the case schedule and administrative matters. The court ordered:

1. The defendant shall deliver two (2) courtesy paper copies of the Administrative Record to the court by **Wednesday, October 25, 2006**.

2. The parties shall confer and attempt to resolve plaintiff's motion to supplement the record. The parties shall file a joint status report by **Wednesday, October 25, 2006**, informing the court as to their progress in resolving this issue.

3. Defendant and defendant-intervenor may submit by **Friday, October 20, 2006**, their cross-motions for judgment and their responses to plaintiff's motion for judgment.

4. Plaintiff may file by **Friday, October 27, 2006** a response to defendant's and defendant-intervenor's cross-motions and a reply to their responses to plaintiff's motion for judgment.

5. Defendant and defendant-intervenor may file by **Friday, November 3, 2006** their replies to plaintiff's response to their cross-motions.

6. The ORAL ARGUMENT set by the 8/31/06 Scheduling Order is hereby CANCELLED and RESCHEDULED to be held on **Wednesday, November 8, 2006, at 11:00 am**, in a courtroom at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/*Lawrence J. Block*
**Lawrence J. Block**
**Judge**