# United States Court of Federal Claims

**No. 06-603 C**
**October 26, 2006**

**Sensis Corporation,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant,***

**and,**

**Lockheed Martin Corporation Maritime Systems and Sensors-Syracuse,**

***Defendant-Intervenor*.**

## SCHEDULING ORDER

On October 26, 2006, defendant made an oral unopposed motion to the court to change the current schedule for this case. Accordingly, the Scheduling Order of October 20, 2006, is hereby **VACATED**. The court orders:

1. Plaintiff may file by **Monday, October 30, 2006,** a response to defendant's and defendant-intervenor's cross-motions and a reply to their responses to plaintiff's motion for judgment.

2. Defendant and defendant-intervenor may file by **Wednesday, November 8, 2006,** their replies to plaintiff's response to their cross-motions.

3. Oral argument shall be held on **Thursday, November 16, 2006, at 1:00 p.m.**, in a courtroom at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/Lawrence J. Block
**Lawrence J. Block**
**Judge**