IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS — SYRACUSE<br><br>Intervenor. | Case No. 06-603C<br>(Judge Block) |

STATUS REPORT

After conferring with counsel for all parties, defendant reports on behalf of all parties the status of the discussions between the parties concerning plaintiff's motion to supplement the administrative record. The discussions are ongoing and counsel inadvertently neglected to confer specifically to file this report on October 25, 2006, pursuant to the Court's order of October 20, 2006. We regret this error and will work to ensure that it is not repeated. Although the parties appear to agree upon the disposition of some of the documents proposed by plaintiff, the parties have not reached agreement with regard to all of them to the point where a joint stipulation can be submitted. The parties propose to continue discussions and file a report on November 3, 2006, that notifies the Court which supplemental documents will be added by joint stipulation and which, if any, documents are still in dispute - with a very brief summary of the opposing positions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 26, 2006, a copy of foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith

______________________________