IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS — SYRACUSE<br><br>Intervenor. | Case No. 06-603C<br>(Judge Block) |

NOTICE

Pursuant to the Court's order of October 20, 2006, as amended by oral motion, defendant has provided two courtesy paper copies of the administrative record to the Court's chambers on this day.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 27, 2006, a copy of foregoing “NOTICE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith

_______________________________