**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS – SYRACUSE<br><br>Defendant-Intervenor. | ) | No. 06-603 C<br>(Judge Block) |

**LOCKHEED MARTIN'S UNOPPOSED MOTION FOR AN ENLARGEMENT**

Defendant-intervenor, Lockheed Martin Corporation Maritime Systems and Sensors – Syracuse ("Lockheed Martin"), respectfully seeks a two-day enlargement, to and including Friday, November 10, 2006, to file the reply brief in support of its cross-motion for judgment on the administrative record. Undersigned counsel has spoken to counsel for plaintiff, Sensis Corp. ("Sensis"), who does not oppose the requested enlargement. We have also communicated with Government counsel, who similarly does not oppose this motion. (For the Court's convenience, we also note that this motion, and the agreement of the parties described below, renders moot Lockheed Martin's November 3 motion for release of certain materials.)

Good cause exists for granting this motion. Last Friday (November 3), Lockheed Martin submitted a motion for an order releasing a portion of Sensis' responsive brief and an affidavit purporting to support certain allegations made in that section of the brief. Although Lockheed Martin believes that the arguments made by Sensis based on these allegations are not relevant to the ultimate resolution of this protest, Lockheed Martin must be allowed a full and fair opportunity to respond to allegations made against the Company (for the reasons described in our motion). At the time we filed that motion, Sensis refused to agree to allow us to show the relevant materials to our client. (The materials were covered by the Protective Order, as they had been filed under seal by Sensis.) Thus, Lockheed Martin was unable to develop a factual response to the allegations made against the Company.

During the past weekend and continuing through this afternoon, counsel for Lockheed Martin and Sensis worked to resolve the dispute that precipitated Lockheed Martin's November 3 motion. We were finally able to reach an agreement regarding the release to our client of the relevant materials from Sensis' responsive brief. Accordingly, Lockheed Martin's November 3 motion for release has become moot. (We respectfully submit that the scheduled telephonic conference for Tuesday, November 7, at 2:00 PM is now unnecessary, though Lockheed Martin appreciates the Court's prompt attention to this matter.)

As part of Lockheed Martin's November 3 motion, we noted that as a result of the delay resulting from undersigned counsel's inability, under the Protective Order, to share the relevant materials with Lockheed Martin officials (absent Sensis' consent), a

brief enlargement of time would be necessary to permit undersigned counsel to confer with Lockheed Martin officials and develop a response to Sensis' new factual allegations. Now that the dispute has been resolved, Lockheed Martin requests an additional two business days to respond to Sensis' responsive brief. The additional time is required to develop a response to the issue and incorporate it with the other parts of our brief. As noted above, neither Sensis nor the Government opposes this motion.

For the reasons set forth above, Lockheed Martin respectfully requests a two-day enlargement to submit a reply brief in support of its cross-motion for judgment. Accordingly, we request that the Court order Lockheed Martin to submit its reply brief by Friday, November 10, 2006.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
LUKE LEVASSEUR
EVAN P. SCHULTZ
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
*Counsel for Intervenor, Lockheed Martin Corporation*
*Maritime Systems and Sensors -- Syracuse*
November 6, 2006