**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SENSIS CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS – SYRACUSE<br><br>Defendant-Intervenor. | ) | No. 06-603 C<br>(Judge Block) |

**STATUS REPORT REGARDING MOTIONS TO AMEND THE ADMINISTRATIVE RECORD**

At the request of Government counsel, defendant-intervenor, Lockheed Martin Corporation Maritime Systems and Sensors – Syracuse ("Lockheed Martin"), respectfully submits this status report regarding the motions to supplement the Administrative Record that have been filed by plaintiff, Sensis Corp. ("Sensis") and Lockheed Martin.

**1.** In conjunction with its October 2 motion for judgment on the Administrative Record, Sensis proposed adding six documents to that Record, all of which it appended as exhibits to its submission to the Court. Those documents are: (1) an affidavit that a Sensis employee provided on October, 2, 2006; (2) a Business Case Analysis prepared by SAIC on the TPS-59 radar system; (3) a draft "Capability

Development Document For The 3-D Expeditionary Long Range Radar (3DELRR)" prepared by the U.S. Navy and U.S. Air Force; (4) a draft "Performance Specification For The Highly Expeditionary Long Range Air Surveillance Radar (HELRASR)"; (5) a September 2006 exchange of e-mail messages that occurred between counsel for the Government and for Sensis; and (6) a list (which Sensis prepared for this litigation) of delivery orders made under Lockheed Martin's Post-Production Contract with the Marine Corps.

The Government and Lockheed Martin assert that these documents are not necessary to resolve the protest issues. The Government and Lockheed Martin have informed Sensis that, in order to resolve the dispute regarding this matter, we will not object to supplementing the record with items 2 (the SAIC report), 3 (the 3DELRR Report), and 4 (the HELRASR report), so long as Sensis agrees not to add the remaining three documents. The parties have not yet reached agreement on this motion.

**2.** In a motion filed on October 27, Lockheed Martin asked this Court to add other documents to the Administrative Record. These documents relate to the role that Sensis played in performing design work on the TPS-59's Data Processing Group since the 1998 delivery of the TPS-59(V)3. It is Lockheed Martin's position that these documents are necessary to respond to arguments that Sensis made in its October 2 motion. The Government does not consent to Lockheed Martin's motion to add these materials to the Administrative Record – though it has no objection to these documents being considered as attachments to our brief. Sensis objects to our motion to add these

materials to the Administrative Record, asserting that they provide an incomplete picture of Sensis' role. The parties have not yet reached agreement on this motion.

**3.** With its October 30 response and reply brief, Sensis submitted 15 additional documents (445 pages) as attachments to its brief. Counsel for Sensis has informed us that they intend to submit a motion to supplement the record with those materials as soon as possible. They have not yet submitted that motion. The parties will attempt to reach agreement on this motion once it has been filed.

**CONCLUSION**

In sum, the parties have not yet resolved their disputes regarding additions to the Administrative Record.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:

LUKE LEVASSEUR
EVAN P. SCHULTZ
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Intervenor, Lockheed Martin Corporation Maritime Systems and Sensors -- Syracuse*
November 7, 2006