IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| SENSIS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and,<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS – SYRACUSE,<br><br>Defendant-Intervenor. | CASE NUMBER<br><br>06-603C<br><br>JUDGE:<br><br>Block |

NOTICE OF SUBSTITUTION OF
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL

Please take notice that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP, Preston Gates Ellis & Rouvelas Meeds LLP, and Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP. Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for Preston Gates Ellis & Rouvelas Meeds LLP as counsel for Plaintiff Sensis Corporation. Except as to the foregoing, there is no change in the address or the attorney of record in this matter.

Counsel for Plaintiff understands that Counsel for Defendant United States and Counsel for Defendant-Intervenor Lockheed Martin Corporation will receive automatic service of this Notice via the Electronic Court Filing ("ECF") System.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1735 New York Avenue NW
Suite 500
Washington, D.C. 20006
Telephone 202 661 6256
Facsimile 202 331 1024

Date: January 3, 2007