IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SENSIS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and,<br><br>LOCKHEED MARTIN CORPORATION MARITIME SYSTEMS AND SENSORS – SYRACUSE,<br><br>Defendant-Intervenor. | ) | CASE NUMBER<br><br>06-603C<br><br>JUDGE:<br><br>Block |

JOINT STIPULATION TO THE DISMISSAL OF PLAINTIFF'S COMPLAINT

Pursuant to RCFC 41(a)(ii), the parties jointly stipulate to the dismissal with prejudice of all claims asserted by plaintiff in Case No. 06-603C, including but not limited to plaintiff's protest of the Marine Corps' decision that intervenor Lockheed Martin will perform the work described in Lockheed Martin's revised Statement of Work, Document No. 77A575086, for the AN/TPS-59(V)3 Radar System Data Processing Group (DPG) Technology (Tech) Refresh (DPG Tech Refresh) Phase II Signal Processor/Data Processor (SPDP) Upgrade dated August 25, 2006, including follow-on delivery orders that may be issued regarding production of the AN/TPS-59(V)3 Radar System Data Processing Group Technology Refresh Signal Processor/Data

Processor (SPDP) Upgrade, as a delivery order or delivery orders to Lockheed Martin's post-production support contract number M67854-05-D-2002**.**

Therefore, the parties respectfully request that the Court dismiss Case No. 06-603C with prejudice.

Respectfully submitted,

s/William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9000

s/Brian S. Smith___
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-0391

s/Marica G. Madsen_
Marcia G. Madsen
Mayer, Brown, Rowe & Maw LLP
1909 K Street NW
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202) 263-3300

Date: June 8, 2007